UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-474(DSD/LIB)

The County of Ramsey, on behalf
of themselves and all other
Minnesota counties and The
County of Hennepin, on behalf
of themselves and all other
Minnesota Counties,

        Plaintiffs,

v.                                                              **ORDER**

MERSCORP Holdings, Inc., Mortgage
Electronic Registration Systems,
Inc., Bank of America Corporation,
Bank of America, N.A., Citigroup,
Inc., Citibank, N.A., CitiMortgage,
Inc., Deutsche Bank National Trust
Company, EverBank, Goldman Sachs
Mortgage Company, GS Mortgage
Securities Corp., HSBC Bank USA,
N.A., JP Morgan Chase Bank NA, Morgan
Stanley ABS Capital I, Inc., SunTrust
Mortgage, Inc., TCF National Bank, The
Bank of New York Mellon, United Guaranty
Corporation, US Bank N.A., Wells Fargo
Bank N.A., and Does Corporation I-MMM,

        Defendants.

This matter is before the court upon defendant EverBank's motion to amend the court's August 26, 2013, order and judgment. ECF No. 112. EverBank seeks amendment "for purposes of clarification ... to reflect that the claims asserted by Plaintiffs in the Complaint against EverBank are dismissed." Id. at 2.

On August 26, 2013, Everbank accepted service and moved to join the motion to dismiss that was under advisement. ECF No. 109. Later that day, the court granted defendants' motion to dismiss all claims asserted by plaintiffs in the action. ECF No. 110. The order included EverBank and its attorneys in the caption. Id. Because the order dismissing plaintiffs' claims applied to all defendants, including EverBank, the court finds that no additional clarification is required. Accordingly, **IT IS HEREBY ORDERED** that defendant EverBank's motion to amend the dismissal order and judgment [ECF No. 112] is denied.

Dated:  September 10, 2013

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court